Katherine L. Kettler (SBN 231586)
 *klk@millerlawgroup.com*
Adam J. Tullman (SBN 235694)
 *ajt@millerlawgroup.com*
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for INTEL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS D. NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, a Delaware Corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:12-CV-01995-GEB-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT INTEL CORPORATION TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint filed: July 30, 2012 |

Pursuant to United States District Court for the Eastern District of California Local Rule 144(a) and Federal Rule of Civil Procedure 6(b), Plaintiff DENNIS D. NEWMAN (hereinafter "Plaintiff") and Defendant INTEL CORPORATION ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree to extend the time within which Defendant will file a response to the Complaint by fourteen days, from September 26, 2012 up to and including October 10, 2012.  This change does not alter any Court-imposed deadlines.

/ / /

/ / /

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT INTEL CORPORATION TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT - Case No.: 2:12-CV-01995-GEB-CKD**

Dated: September 21, 2012          SHIMODA LAW CORP.


By: _____/s/_____
    Galen T. Shimoda
    Attorney for Plaintiff
    KRISTINNA GROTZ

Dated: September 21, 2012          MILLER LAW GROUP
                                   A Professional Corporation


By: _____/s/_____
    Katherine L. Kettler
    Attorneys for Defendant, Intel Corporation

**IT IS SO ORDERED**.

**Date: 9/21/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT INTEL CORPORATION TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT - Case No.: 2:12-CV-01995-GEB-CKD**