IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS D. NEWMAN,                         )
                                          )   2:12-cv-01995-GEB-CKD
           Plaintiff,                     )
                                          )
     v.                                   )   ORDER
                                          )
INTEL CORPORATION, a Delaware             )
Corporation; and Does 1-100,              )
inculsive,                                )
                                          )
           Defendants.                    )
_____)

        Plaintiff applies for an order "waiv[ing] and reimburs[ing] Plaintiff the court costs of $350.00 involved in Plaintiff's Complaint with this Court and waiv[ing] any related court fees and costs in the future . . . . [under] the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA) codified in 38 U.S.C. section 4323(h)(1) . . . ." (ECF No. 6, 1:19-24.) Defendant did not file a response to Plaintiff's application.

        "Congress enacted USERRA in order to 'prohibit discrimination against persons because of their service in the uniformed services.'" Davis v. Advocate Health Ctr. Patient Care Exp., 523 F.3d 681, 683 (7th Cir. 2008)(quoting Bowlds v. General Motors Mfg. Div. of the Gen. Motors Corp., 411 F.3d 808, 810 (7th Cir.2005)). "As part of the legislation's broad remedial scheme, USERRA provides that '[n]o fees or court costs may be charged or taxed against any person claiming rights under this chapter.'" Id. (quoting 38 U.S.C. § 4323(h)(1)).

1

"In light of the plain language of 38 U.S.C. § 4323(h)(1) and Congress's intent, in USERRA and elsewhere, to lessen the costs of litigation for veterans, . . . 38 U.S.C. § 4323(h)(1) permits a USERRA litigant to initiate suit without prepaying the filing fee. Because [Plaintiff] has already paid his filing fee to proceed in this court, [I] ORDER the clerk of this court to refund [Plaintiff's $350.00] filing fee." Id. at 685; see also Fincher v. Georgia Pac., LLC, No. 1:08-CV-3839-JOF, 2009 WL 1075269, at *1 (N.D. Ga. Apr. 21, 2009)(granting Plaintiff's motion for refund of filing fee under USERRA). However, Plaintiff's request that "any related court fees and costs in the future" be waived is denied as ambiguous and has not been shown to be ripe for decision.

Dated:   October 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2